UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. Susan D. Wiggenton |
| v. : | Criminal No. 09-631 (SDW) |
| CHARLES E. GARCIA : | ORDER |

This matter having come before the Court on the application of the defendant Charles E. Garcia (Alfonse A. De Meo, Esq. appearing) and on notice to the Office of the U.S. Attorney Paul J. Fishman, (L. Judson Welle, Assistant U.S. Attorney, appearing), for an order permitting a modification to the pre-trial release conditions of the Defendant, specifically by allowing a change in residence, and the Court having heard the reasons for said change and the position of the U.S. Attorney's office as placed on the record, and for good cause shown,

**IT IS THE FINDING OF THIS COURT** that the Defendant's request for a change in residence pending his surrender should be granted, based on the reasons set forth on the record on March 4, 2010 by both defense counsel and the U.S. Attorney's Office,

IT IS, therefore, on this 15th day of March, 2010,

**ORDERED** that Charles Garcia shall be permitted to reside at 2037 State Street, East Petersburg, Pennsylvania, pending his scheduled voluntary surrender date. All other pre-trial release conditions shall continue unchanged.

Honorable Susan D. Wigenton
United States District Judge

Form and entry consented to:

_____      _____
L. JUDSON WELLE                     ALFONSE A. DE MEO, ESQ.
Assistant U.S. Attorney             Counsel for defendant
                                    Charles E. Garcia